ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>MADISON M. SLAYDEN,<br><br>           Defendant. | Case No. 1:25-po-000186-SAB<br><br>[Citation #E1835782 CA/86]<br><br>MOTION AND ORDER FOR DISMISSAL AND TO VACATE TRIAL DATE<br><br>TRIAL DATE:  January 9, 2026 |

The United States of America, by and through Eric Grant, United States Attorney, and Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-000186-SAB [Citation #E1835782 CA/86] against MADISON M. SLAYDEN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further moves to vacate the trial date of January 9, 2026, in the interest of justice.

DATED: October 21, 2025                       Respectfully submitted,

                                               ERIC GRANT
                                               United States Attorney

                                  By:    /s/ *Cody S. Chapple*
                                                  CODY S. CHAPPLE
                                               Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-000186-SAB [Citation #E1835782 CA/86] against MADISON M. SLAYDEN be dismissed, without prejudice, and that the trial date of January 9, 2026, be vacated, in the interest of justice.

IT IS SO ORDERED.

Dated: __October 22, 2025__

STANLEY A. BOONE
United States Magistrate Judge